Thomas Caulker _(Full Name)_
Yahuah4me@proton.me _(Email Address)_
Homeless _(Address Line 1)_
City of Placentia _(Address Line 2)_
6575001184 _(Phone Number)_

Plaintiff in Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IFP Submitted

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Thomas Caulker,

Plaintiff,

vs.

Carlos Kerkulas
Supervisor Lee 1096
Unidentified Individuals (OCJ)
Dr Godson J Johnson AGMC

Defendant(s).

Case No.: 8:23-cv-02324-JGB-(E)
_(To be supplied by the Clerk)_

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

_(All paragraphs and pages must be numbered.)_

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because it refers to the geographic ~~location~~ specification of the proper court for the litigation of a civil action within the subject matter jurisdiction

Page Number: 1

## III. PARTIES

3. Plaintiff __Thomas Caulker__ resides at:
(your full name)
__Homeless, City of Placentia [92870]__
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant __Carlos Keskular__ works at
(full name of Defendant)
__Unemployed__
(Defendant's place of work)

Defendant's title or position is __NA__
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☒ individual capacity        ☐ official capacity
This Defendant was acting under color of law because: __NA__

5. Defendant __Supervisor Lee 1096__ works at
(full name of Defendant)
__Buena Park Police Department__
(Defendant's place of work)

Defendant's title or position is __Supervisor__
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☒ individual capacity        ☒ official capacity
This Defendant was acting under color of law because: __He had on a uniform of a police officer__

2
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

6. Defendant __Unidentified individuals__ works at
*(full name of Defendant)*
__Buena Park Police Department__.
*(Defendant's place of work)*

Defendant's title or position is __Unknown__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because __he had on the uniform of a police officer.__

7. Defendant __Unidentified individuals__ works at
*(full name of Defendant)*
__Orange County Jail__.
*(Defendant's place of work)*

Defendant's title or position is __Unknown__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because __had on the uniform of prison guards__

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Defendant Carlos Kerkulav attacked/assaulted and battered me with 8 blows to the head including hitting my head with a ceramic toilet bowl and kicked my face causing injuries to my head, lips and tongue loosing flesh and blood thereby violating my natural and constitutional rights

2. Defendant Supervisor Lee 1096 had unidentified individuals in police uniforms manhandled me by chaining my ankles and hand cuffs to my waist, took me to their department stripped my pants by slamming me to floor to also get the chains off my ankles thereby violating my rights. I was locked in cells and later taken to OCJ

3. Defendants unidentified at Orange County Jail stripped me down to my pants and locked me in several cells over a period of 5 days thereby violating my rights. No water was given and psychological trauma by depriving me of sleep with loud bang sounds, with no cover sheet, no clothes and was eventually taken to Anaheim Global Medical Center.

4

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

5. Defendants Dr Gadson J Johnson, at Anaheim Global Medical Center, and a host of unidentified persons held me against my will for 72 hours. Unidentified persons at the facility forcefully injected me with a substance unknown to me thereby violating my rights.

6. All Defendants violated my rights pursuant to Title 18 US Code Sec 242 with reference to Title 42 USC Sec 1983 (non Prisoner).

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

2. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Assault and Battery, false imprisonment, Infliction of emotional distress, forceful penetration/injection of unknown substance on my being.

3. The above civil right was violated by the following Defendants: Carlos Kerkular - assault and battery Supervisor 1096 Lee and unidentified individuals - false imprisonment and battery.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

4. Unidentified individuals, Orange County Jail - Infliction of emotional distress, false imprisonment Dr. Godson J Johnson and unidentified individuals Held against my will for 72 hours and forceful penetration/injection of unknown substance on my being.

5. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: Physical injuries to my head, mouth, heart palpitations, anxiety, Nightmares, Psychological and emotional trauma

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

2. Property trespass against movable property as my vehicle was impounded and no access. Theft of my pay check by Carlos Keskular. Please see attached sheet, 10 page sheet

3. Plaintiff alleges the above claim against the following Defendant(s):

Supervisor 1096 Lee responsible for property trespass of movable property as I have no access to my vehicle for 1yr. Carlos Keskular stole my check before assulting & battery

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

4. Carlos Keskular refused to give me my pay check when I asked for it and then assulted and Battered please refer to the attached initial 10 page sheets

5. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

No access to my vehicle since the incident. Never received my pay check, stolen by Carlos Keskular

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. For assault and battery I received from Carlos Keokular, I request all available relief provided as a result of 42 USC 1983 total of Eight million Dollars

2. For the false imprisonment and deprivation of my rights from supervisor Lee and an unidentified individuals. Total of sixteen million dollars

. For the false imprisonment, emotional and psychological trauma suffered from unidentified individuals at OCJ $ Twenty million dollars

. For the forced penetration by unknown substance and deprivation of my rights by unknown individuals at Anaheim Global Medical Center, Twenty million dollars.

Dated: 12/08/2023
Sign: TB All rights reserved
Print Name: Thomas Coulter

8
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 12/08/2023
Sign: _[signature]_ All rights reserved
Print Name: Thomas Coulter

Civil Rights Complaint Pursuant to U.S.C. § 1983

Affidavit of Constitutional Law violations against Thomas Caulker of Assault, Battery, Kidnap, Grievous Bodily Harm, Unlawful arrest, false imprisonment, Psychological trauma, intentional Infliction of Emotional Distress, Property trespass against moving or movable property and pain and suffering of Thomas Caulker, a living man by Carlos Kerkulas, The Buena Park Police Department, Orange County Jail and Anaheim Global Medical Center from December 2nd 2022 to December 10th 2022. I swear to the GOD of Israel through His son YAHUSHA and by the 1611 King James Bible that this affidavit is a true testament of the Constitutional and Criminal law violations against my being.

All parties violated Federal Criminal law as codified under Title 18 us code, section 241 & 242, Title 18 us Code Section 643, Title 42 us code section 1983, Title 5 us code section 5331.

I am Thomas Caulker, a California State National, a living soul, an American of the Republic. This is the Complaint of the Constitutional and federal criminal law violations against me/I Thomas Caulker by the above named entities. I will be writing in plain language. I previously lived at 7635 Mexico way Buena Park CA 90620. The landlord is Carlos Kerkulas. During that period I suffered multiple racist interactions. I had rented a room at the landlord's address from December 07 2019 to July of 2022 (7/17/2022). I rented an apartment and gave my notice of moving out in June of 2022. I paid an extra month rent as I was begged by the landlord's mother to stay as I always met my rental obligations. At the time I ran a small logistics business and a check for a job I did for an engineering company was sent to 7635 Mexico way Buena Park CA 90620. The landlord, Carlos Kerkulas called me on December 2nd 2022 to pick up my mails and after asking, confirmed that my check was amongst the mail but he was holding on to the check as I owed him for cleaning. I told him I did not owe him anything and he can use my deposit. I had updated my address on USPS but some mails were still being delivered at 7635 Mexico way Buena Park CA 90620. I cleaned the room, shampoo the carpet before leaving.    (1)

I thereafter, we arrived at the address, drove to 7633 Mexico way Buena Park CA 90620 to pick my mails and check, Carlos Kerkulao's address. I parked my vehicle in front of the of the address by the street corner. I called Carlos Kerkulao. He did not pick up the phone, so I walked towards the front door. By the time I reached the steps to the front door, Carlos Kerkular opened the front door. I walked up to the door and stood by the entrance in front of the living room. I greeted Carlos Kerkular, the father Charles Kerkular who I could see in a room to my left and also their dog Coli. Carlos Kerkular brought a number of mails and handed them over to me. I checked the mail and realized that my check was not amongst the mails. I then asked for my check and Carlos Kerkular said as he had told me, he was not going to give me my check and he will use it for the room. I then held the mails on my right hand and opened my left hand as to receive the check, still standing by the entrance, a step in, by the front door facing the living room. He told me to get the fuck out of his house. I told him I will be on my way once he handed me my check. That was when he violently attacked me first pushing me and then started throwing blows to my head. I was stunned. He landed 8 blows to my head including using a ceramic toilet bowl and hitting my head, I went down on my knees, then he violently kicked me on my face, taking a chunk of flesh from my lip resulting in multiple cuts inside my mouth and tongue. Blood was everywhere. He then raised the ceramic bowl to land another blow to my head when someone walked towards the front door. He then put the ceramic bowl down and started yelling that I was trespassing on his property. I was in excruciating pain so I called 911 whilst on the floor by the front door. There was blood, my blood everywhere around me on the floor

(2)

Buena Park Police Department and Buena Park fire department arrived at the address, 7635 Mexico way Buena Park CA 90620 I was still on the floor when I heard barking orders that I should stay on the floor. I identified myself as a California State National and reminded them that I called 911 for help. My head was spinning and I was in so much pain. The fire department or GMT pulled me to the side and asked me to sit by the flower bed outside the front door so they can examine my injuries. A group of police officers went into the house where Coolos Keokular and his father was. Whilst I was being examined, I just felt weight on my back as if multiple hands were on me. I was roughed up, handcuffed, chains put on my ankles. I believe I was slammed on the ground. I asked for the (John Doe) officers names and badge numbers. None responded. I asked to be taken to a judge. I was ignored so I asked for their supervisor and 1096 Lee identified himself. He was the only one that identified himself. I told him he is responsible for all my belongings. I was then put in the back of a police car. I counted 8 (eight) (John Doe) officers. I was then taken to the Buena Park police department. The (John Doe) officers took me to a room and handcuffed me to a bench. The pain was excruciating. After a while they came back and took me to another cell. There they pushed me to my knees, and slammed me to the floor to take off the chains on my ankles and stripped me to my underwear. I was very cold. I also counted 8 (eight) more officers. I tried to reason with the other (John doe) officers to no avail. After a while, probably hours, multiple (John doe) officers came to the cell, restrained and handcuffed me again and took me to a vehicle and locked me in a very uncomfortable position at the back of the vehicle and took me to Orange County Jail

(3)

Once (John Doe) Santa Ana Police (John doe) officers handed me over to a (John doe) Orange County Jail (John Doe) officer. I was taken to an open area with covers and told to sit till I was called up. There were many people waiting to be called up. It seem like a mental institution. I tried to interact with some of the (John Doe) officers to figure what was going on with me. I was then called up into a cubicle. Once in the cubicle, there was a window with a (John doe) at the other end. He asked for my I.D. I asked the reason I was at the facility. He replied that he did not know so I declined to identify myself. I was then taken into the facility, put in a cell in front of what looked like a booking area, stripped down to only my underwear, bare footed and locked up. I saw multiple people brought in continuously. It was very cold so I used toilet tissue to spread out on the cold concrete as cover so I could get some sleep. I could not sleep. After a while, multiple (John doe) officers came into the cell, grabbed me and took me in front of a camera, took my picture and forced me to sign some papers. I put down 'all rights reserved without prejudice' and my name on the paper. I was taken back to the cell and locked up. I tried to communicate but the cell seem sound proof. So I yelled asking those brought in if they harmed anyone or their property. Upon the scores I asked, only about 4 (four) said they harmed some one or their property. After a long while, officers (John Does) came to the cell and handed me papers refering to me as property. On one of the papers, it clearly stated that state Nationals should not be touched. I was frustrated and tore the paper. It seemed to upset the (John doe) officers so they left locked the cell and came back a while later and took me to a very nasty cell with excrement on the walls and faucet.

(4)

Also, this cell had no bed cover or sheets. There were no toilet tissue or blankets in this cell. I was very cold with only my underwear and barefooted. I tried to reason with (John doe) officers whenever they brought food. I do not eat meat and I am lactose intolerant. I wasn't given water the whole time I was unlawfully locked up at Orange County Jail. I survived on the fruit per meal and few biscuits. As I was thirsty, I drank the milk that made me very sick up to a month after I was released. When my thirst became unbearable, I asked for water and was told to drink from the faucet with human excrement all over it. I was treated like an animal. I was still in tremendous pain from my injuries. Now the most traumatizing events at Orange County Jail that haunts me to this day was the shouting and banging and slamming of metal doors on frequent intervals sounding like bombs going off and total chaos. It really affected me as I couldn't sleep properly. I found myself abruptly waking up with heart palpitations and anxiety with sweat, when I tried to get some sleep. This is because I am a victim of civil war with traumatic memories of death and destruction and the banging and slamming and of metal doors and shouting brought back fresh memories. I still have nightmares. Also a (John doe) officer I tried to reason with provoked me by drawing smiley faces on the glass on the door of the cell, laughing. These (John Does) have no soul. The facility will record my protests from my frustrations and play or replay it loudly when I tried to get some sleep. That is torture. I wish it on no living soul. I was taken to yet another cell, a walk from the cell I was. It was quieter and there were no other prisoners there. There was still no toilet paper, bed sheet cover, blanket and I was still with only my underwear and barefooted. I was exhausted and fell asleep when I was awoken by a number of (John doe) officers and I was told I was being let go.

(5)

This time, the (John doe) officers took me to the nastiest cell of all, way smaller and much more excrements on the faucet and walls. Human excrement was all over the toilet seat and stains on the floor. They had lied again about releasing me. I was frustrated and continued protesting and reminding them of their violations against me. It was very cold and the air coming from the vent hurt my nasal passage as if it was contaminated air. After a while officers (John does) came in the cell, grabbed me and took me to a fingerprinting machine. They told me I would be released after. After the fingerprint, they took me back to the cell. I was upset as they lied again about letting me go. After a long while, (John doe) officers came to the cell again and told me they were taking me to see medical staff. I was relieved as I had not been given medical attention for my injuries. They took me to a (Jane doe) nurse who started asking me if I was suicidal. I was offended and replied that they were suicidal and they made a huge mistake. She said something about 5150 and the officers took me back to the nasty cell. I had lost track of time. The (John doe) officers took me back to the nasty cell and gave me filthy OCJ jumpers/clothes. I declined to put the clothes on even though it was cold. After a long while, (John doe) officers came to the cell and took me back to the first cell I was locked in when I arrived at Orange County Jail. Later (John doe) officers came took me from the cell, strapped me on a rolling bed and handed me over to a waiting ambulance. I tried to reason with the EMT that I was extremely violated and all this was a mistake. I was taken to Anaheim Global Medical Center, sent off with a 5150. Such disrespect. Also a number 3260880 was assigned on Orange County Jail paperwork. Also # 22-38401 1096 LEE

(6)

I was pulled out of the ambulance and left on the rolling bed outside the Anaheim Global Medical Center facility. It was extremely cold and I was shivering. I was extremely thirsty as I had not drank water for days. I asked the emt for water and was given a small plastic bottle of water, still strapped on the rolling bed. A (John Doe) nurse came with a rolling equipment and wanted to take my blood. I declined. I was eventually taken into the facility and put in a room with about a dozen patients or less and unstrapped from the rolling bed. I also tried to reason with some of the (John Doe) nurses about my situation. I was put on a bed, given water and probably some food. For a while, my blood pressure was taken. After many hours a Dr Gadsen J Johnson came and asked me questions. I let him know that I was unlawfully treated and violated and I should not be at their facility. I had also declared my status as an American State National. I was then taken to the ACUTE ADULT PSYCH DMH location. A nurse by the name of Kristen interviewed me in a room. I explained to her that there had been multiple violations against me and I should not be at that facility and should be let go. I was being held against my will and my rights had been deprived. She told me that I will be held for another 72 hours. I could not believe what I heard. I was put in a room with 2 other men (John Doe). I took a shower after 5 days. A nurse constantly bothered me to take medications. I refused all medications except when I told her I needed pain medication. I took a pain tablet once and did not take any other medication. I continued to explain to staff that I did not belong in their facility but my words fell on deaf ears. I interacted with the Dr Gadson J Johnsen once more but was not released. (-7)

I requested for the Doctor Brian Johnson whom I had conversed with to know when I would be released and holding me against my will was taking a toll on me. I was ignored. I was frustrated and so I started venting my frustrations and let them know their violations against me audibly. My head and mouth were in so much pain. That was when many (John Does) officers came into the room, grabbed me off the bed, lifted me horizontally like a battering ram, all suspended, immense pressure on my arms and forced me out of the room. They took me to another room where there were no patients, an empty room and forcefully injected me with a substance. That is considered rape, forceful penetration without my consent. I woke up feeling awful. I immediately demanded to be released. A (Jane Doe) nurse told me that the Doctor and nurse that handles my case were not there and they will be the ones to handle my request. I waited till I saw the nurse who initially interviewed me, Kristen and told her I should be released to protect myself from further violations. I was ignored and did not get a response from her. Eventually, I asked a (Jane Doe) nurse again about me being held against my will and she replied that I was there voluntarily. I objected and told her I was there against my will. I was finally released on December 10th 2022. I was released with only my jeans, footwear, a bus pass and their incriminating documents. No explanation was given.

8

I was sick for over a month physically with stomach cramps. I still have a bump on my head 11 months after Carlos Keskulor hit my head with a ceramic bowl. I suffer from anxiety, psychological and emotional trauma up to this day, due to the experience I had from Carlos Keskular, Buena Park Police, Orange County Jail and Anaheim Global Medical Center. I am homeless due to an unlawful eviction caused by the trauma I have suffered as a result of the above named entities, not able to work.

To seek remedy, I notified House of Representative Michelle Steel who's office responded 2 months after my notice that they cannot help and I go the judicial route. I notified the Mayor and all council members of Buena Park City Council Council, ~~~~ where the initial violations against me started, Santa Ana City Council where Orange County Jail is located and Anaheim City Council where Anaheim Global Medical Center is located. I did not receive a response. Had I been able to afford all the certified postage, I would have followed up 2 more times. I also notified the Attorney General and the Secretary of State. I was referred to the BAR by the Attorney General's office. I did call the BAR up and summarized my complaint but was told that they cannot take my case. I have all the certified mailing receipts.

Three months after the incidents, I finally gave a State National friend permission to retrieve my belongings from Buena Park Police Department. I did not want to interact with the entity that violated my natural and Constitutional rights. I received my wallet without my dollars in it, my mail excluding my check from DXD, my family necklace, jacket and a release form for the impound yard where my vehicle was taken.

(9)

My California State National friend and I went to the impound to pick up my vehicle and was told that they cannot release the vehicle as I owed $5000 to the impound yard. That is not my expense but the responsibility and liability of Buena Park Police Department and Supervisor 1096 Lee. A request was made for all body and facility camera footage from Buena Park Police department. It took 3 weeks for them to release the footage. Upon examination of the footages, I discovered that the footages had been compromised. Tampered with. Another violations as parts of the incident had been cut for example when I was slammed to the floor and the ankle chains and my pants taken off. I could not watch the entire footages as it was extremely traumatizing. There was no police report. I checked the Statute of limitation of 6 months to report and up to a year to pursue justice, that was why I notified all the mayors and Council members of the cities the violations occurred as I could not complain to the agency that violated my Constitutional rights. I also notified the Attorney General and Secretary of State of the incident. I was refered to the Bar, I contacted the Bar and was told that they cannot take my case after summarizing the violations against me. A question is had I been in a coma passed the 6 months to file a complaint and came out of the coma after, Don't I have the true right to file a complaint of the violations against me? I know I have up to 2 years from the incident to file a complaint on the citizen who nearly unalive me.

Thomas Caulker.
All rights reserved without prejudice

10