| | | CIV-110 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: Thomas: Caulker<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY: Placentia  STATE: California  ZIP CODE: [92870]<br>TELEPHONE NO.:  FAX NO.:<br>E-MAIL ADDRESS: yahush4me@proton.me<br>ATTORNEY FOR (name): | STATE BAR NUMBER: | FILED<br>FOR COURT USE ONLY<br><br>2024 MAY 10 AM 10:30<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>SANTA ANA<br><br>BY: ___ |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 411 W 4th Street, 1053<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92101-4516<br>BRANCH NAME: | | |
| PLAINTIFF/PETITIONER: Thomas: Caulker<br>DEFENDANT/RESPONDENT: Carlos Kerkular et al | | |
| REQUEST FOR DISMISSAL | | CASE NUMBER:<br>8:23-cv-02324-JGB-E |

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice  (2) ☒ Without prejudice
   b. (1) ☒ Complaint  (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):  on (date):
      (4) ☐ Cross-complaint filed by (name):  on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   The court ☒ did  ☐ did not  waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).
   Date: 05/10/2024

   ► Thomas: Caulker Beneficiary
   (SIGNATURE)

   (TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY WITHOUT ATTORNEY)
   *If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

   Attorney or party without attorney for:
   ☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
   ☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date: _____

   ► _____
   (SIGNATURE)

   (TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
   ** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

   Attorney or party without attorney for:
   ☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
   ☐ Cross-Complainant

4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):  as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed  ☐ means to return conformed copy

Date: _____  Clerk, by _____, Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |

CIV-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. [X] not recovering anything of value by this action.
   b. [ ] recovering less than $10,000 in value by this action.
   c. [ ] recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one)*: [ ] Yes  [ ] No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 05/10/2024

▶ Thomas; Caulker Beneficiary
(SIGNATURE)

_____
(TYPE OR PRINT NAME OF [ ] ATTORNEY  [X] PARTY MAKING DECLARATION)

CIV-110 [Rev. January 1, 2013] — REQUEST FOR DISMISSAL — Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form. | Save this form