JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **SACV 23-2324 JGB (Ex)** | Date | May 23, 2024 |
|---|---|---|---|
| Title | ***Thomas Caulker v. Carlos Kerkular, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order (1) GRANTING Request for Dismissal (Dkt. No. 8); and
(2) Closing Case (IN CHAMBERS)**

On December 8, 2023, plaintiff Thomas Caulker ("Plaintiff") filed a complaint. ("Complaint," Dkt. No. 1.)  On May 10, 2024, Plaintiff filed a request for dismissal using a California State Superior Court form.  ("Dismissal Request," Dkt. No. 8.)  Federal Rule of Civil Procedure 41 governs voluntary dismissal in federal court: a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a) ("Rule 41").  Here, Rule 41 applies.  Accordingly, the Court deems the Dismissal Request as a Rule 41 dismissal and requests that the Clerk **CLOSE** this action.

**IT IS SO ORDERED.**